**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 05-7272M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Felix Enrique-Cardenas, | ) | |
| Defendant. | ) | |

This Court has received and considered Defendant's Motion To Extend Time To Indict (Dkt. #6) and the Government's Response (Dkt. #7). Contrary to the Government's boilerplate Response, defense counsel is not seeking more time "to review discovery and to investigate the defense" as a basis of the subject motion. The Motion will be denied without prejudice for failing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B) to obtain an extension of time to indict. See, United States v. Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000).

**IT IS ORDERED denying** without prejudice Defendant's Motion to Extend Time to Indict (Dkt. #6).

DATED this 19th day of October, 2005.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge